**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MOSER HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 1:24-cv-01328-GBW |
| PETER DAWES, | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR LEAVE TO MOVE FOR SUMMARY JUDGMENT

1. Plaintiff Moser Holdings, LLC ("Holdings LLC") hereby respectfully requests leave to move for summary judgment because, with fact discovery now closed, this case presents a narrow and clear contract interpretation issue: whether the Board of Holdings LLC terminated Mr. Dawes for "Cause," a contractually defined term. The motion for summary judgment, if granted, will dispose of the case and save the parties and the Court time and resources that need not be expended for a trial set to take place in December 2026.

2. As reflected in Holdings LLC's proposed summary judgment motion and brief—enclosed as **Exhibits A and B** hereto—resolution of this case does not turn on any genuine dispute as to any material fact. The Court can dispose of the case based on applying a plain language interpretation of the contractually defined term "Cause" to the undisputed facts established by deposition testimony and contemporaneous documents. Under both Delaware and Wyoming law, contract interpretation is a question of law appropriate for resolution on summary judgment. *Red Cat Holdings, Inc. v. Autonodyne LLC*, 2024 WL 342515, at *4 (Del. Ch. Jan. 30, 2024); *James v. Taco John's Int'l, Inc.*, 425 P.3d 572, 581 (Wyo. 2018).

3. Here, summary judgment "present[s] a potential offramp … before the parties would march into onerous … trial." *Thomas* v. *Am. Midstream GP, LLC*, 2025 WL 53174, at *1

(Del. Ch. Jan. 9, 2025). And given the case schedule, with fact discovery now closed but trial not scheduled until December 2026, the motion can be decided without any need to delay proceedings. There is a strong prospect that party and judicial resources will be conserved by this tailored summary judgment effort.

4.     For the foregoing reasons, Holdings LLC respectfully requests that the Court grant its motion and permit Holdings LLC leave to file its motion for summary judgment and opening brief in the forms enclosed as **Exhibits A and B** hereto.

|  |  |
|---|---|
|  | ROSS ARONSTAM & MORITZ LLP |
|  | /s/ Garrett B. Moritz |
| *Of Counsel*: | Garrett B. Moritz (Bar No. 5646) |
|  | Elizabeth M. Taylor (Bar. No. 6468) |
| Brent Owen | Hercules Building |
| Kelsey Schmidt | 1313 North Market Street, Suite 1001 |
| Kaylen Strench | Wilmington, Delaware 19801 |
| HAYNES BOONE | (302) 576-1600 |
| 675 15th St., Suite 2200 | gmoritz@ramllp.com |
| Denver, Colorado 80202 | etaylor@ramllp.com |
| October 6, 2025 | *Attorneys for Plaintiff Moser Holdings, LLC* |